UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-22391-CIV-COOKE/O'SULLIVAN

MACEO PHIFFER

    Plaintiff,
vs.

GREENSTAR LANDSCAPING, CO.
and PETER E. MASI,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court pursuant to an order of reference entered by the Honorable Marcia G. Cooke, United States District Judge, on the Notice of Acceptance of Rule 68 Offer (DE# 5, 7/20/21). See Order Referring Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment to U.S. Magistrate Judge for Report and Recommendation (DE# 8, 8/12/21). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that a fairness hearing pursuant to Lynn Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Friday, August 20, 2021**, at **2:30 PM**. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion. All parties (and non-parties who wish to attend) shall, at the time of the hearing, call the Court's audio conference number **(888) 363-4735** and enter the access code **7229437#**. **To the extent possible, counsel arguing the matter must call from a landline. All other attendees must keep their telephone on mute.**

**DONE AND ORDERED** in Chambers at Miami, Florida this **13th** day of August, 2021.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE