**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:21-cv-22391-MGC

MACEO PHIFFER,

    Plaintiff,
v.

GREENSTAR LANDSCAPING, CO. and
PETER E. MASI,

    Defendants.
_____/

**NOTICE OF APPEARANCE**

The undersigned, ADI AMIT, of the law firm of ADI AMIT, P.A., 101 Centre, 101 NE Third Avenue., Suite 300, Fort Lauderdale, Florida 33301, hereby gives notice of his appearance as counsel for the Defendants, GREENSTAR LANDSCAPING, CO., and PETER E. MASI, in the above-captioned matter.

    Dated, this 19th day of August, 2021.

    Adi Amit, P.A.
    *Attorney for Defendants*
    101 Centre
    101 NE Third Ave., Suite 300
    Fort Lauderdale, Florida 33301
    Phone: (954) 533-5922
    E-mail: Adi@defenderofbusiness.com

    By: *s/Adi Amit*
        Adi Amit, Esquire
        Florida Bar No. 35257

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 19, 2021, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Adi Amit*
Adi Amit

## **SERVICE LIST**

*Phiffer v. Greenstar Landscaping, Co., et al*
Case No. 1:21-cv-22391-MGC

Brian H. Pollock, Esq.
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brian@fairlawattorney.com
*Counsel for Plaintiff*

Adi Amit, Esquire
ADI AMIT, P.A.
101 Centre
101 N.E. Third Ave, Suite 300
Ft. Lauderdale, Florida 33301
adi@defenderofbusiness.com
*Counsel for Defendants*