UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-22391-CIV-COOKE/O'SULLIVAN

MACEO PHIFFER

    Plaintiff,
vs.

GREENSTAR LANDSCAPING, CO.
and PETER E. MASI,

    Defendants.
_____/

**<u>ORDER APPROVING OFFER OF JUDGMENT AND RECOMMENDING THAT JUDGMENT BE ENTERED IN FAVOR OF THE PLAINTIFF, THAT THE COURT RETAIN JURISDICTION TO DETERMINE ATTORNEY'S FEES AND COSTS AND SET A BRIEFING SCHEDULE</u>**

THIS MATTER came before the Court on the Notice of Acceptance of Rule 68 Offer (DE# 5, 7/20/21) filed by the plaintiff.

THE COURT has heard from counsel and considered the terms of the offer of judgment, the pertinent portions of the record, and is otherwise fully advised in the premises.

This case involves claims for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. § 201, <u>et</u> <u>seq.</u> ("FLSA"). In FLSA cases, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." <u>Lynn Food Stores v. United States</u>, 679 F.2d 1350, 1352-53 (11th Cir. 1982)..

The terms of the offer of judgment (DE# 5-1, 7/20/21) were filed with the Court and announced on the record in open Court. The Court has reviewed the terms of the offer of judgment and finds that the offer of judgment is a fair and reasonable resolution of the plaintiff's overtime claim. The plaintiff is being fully compensated for all overtime hours for

which he was not properly paid and receiving full liquidated damages. Accordingly, it is

**ORDERED AND ADJUDGED** that the terms of the offer of judgment are hereby APPROVED. It is further

**RECOMMENDED** that the Court enter a judgment in favor of the plaintiff, retain jurisdiction to determine reasonable attorney's fees and costs and set a briefing schedule on attorney's fees and costs.

The parties shall have **fourteen (14) days** from the date of receipt of this Report and Recommendation within which to serve and file written objections, if any, with the Honorable Marcia G. Cooke, United States District Court Judge. Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in the Report except upon grounds of plain error if necessary in the interest of justice. See 28 U.S.C. § 636(b)(1); Harrigan v. Metro Dade Police Dep't Station #4, 977 F.3d 1185, 1191-1192 (11th Cir. 2020); Thomas v. Arn, 474 U.S. 140, 149 (1985); Henley v. Johnson, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1 (2016).

DONE AND ORDERED in Chambers at Miami, Florida this **20th** day of August, 2021.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE