UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-22391-COOKE

MACEO PHIFFER,

    Plaintiff,

vs.

GREENSTAR LANDSCAPING, CO. and PETER E. MASI,

    Defendants.
_____/

## **NOTICE OF CHANGE OF EMAIL ADDRESS**

    Toussaint M. Cummings, Esq., of the FairLaw Firm notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Maceo Phiffer, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

    Dated this 27th day of September 2021.

                                                          s/Toussaint M. Cummings, Esq.
                                                          Toussaint M. Cummings, Esq. (119877)
                                                          toussaint@fairlawattorney.com
                                                          FAIRLAW FIRM
                                                          135 San Lorenzo Avenue
                                                          Suite 770
                                                          Coral Gables, FL 33146
                                                          Tel:    305.230.4884
                                                          *Counsel for Plaintiff(s)*