UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-22391-COOKE/O'SULLIVAN

MACEO PHIFFER,

    Plaintiff,

vs.

GREENSTAR LANDSCAPING, CO. and
PETER E. MASI,

    Defendants.
_____/

### PLAINTIFF'S NOTICE OF NO OBJECTION BY ANY PARTY

    Plaintiff, Maceo Phiffer, notices the Court and all parties that <u>no party timely file an objection</u> to the Order Approving Offer of Judgment and Recommending that Judgement Be Entered in Favor of the Plaintiff, that the Court Retain Jurisdiction to Determine Attorney's Fees and Costs and Set a Briefing Schedule entered on August 20, 2021 at ECF No. 12.

    Pursuant to 28 U.S.C. §636(b)(1), 29 U.S.C. §216(b), and Fed. R. Civ. P. 68, Plaintiff requests the Court (a) to enter a Final Judgment for Plaintiff, (b) to determine that Plaintiff is the prevailing party, (c) to retain jurisdiction to determine his attorneys' fees and costs to be recovered by Defendants, jointly and severally, and (d) to set a briefing schedule on attorneys' fees and costs pursuant to ECF No. 12.

    Dated this 28th day of September 2021.

<u>s/Brian H. Pollock, Esq.</u>
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*
