UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-22391-COOKE/O'SULLIVAN

MACEO PHIFFER,

Plaintiff,

vs.

GREENSTAR LANDSCAPING, CO. and
PETER E. MASI,

Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

**THIS MATTER** is before me upon the Order Approving Offer of Judgment and Recommending that Judgment Be Entered in Favor of the Plaintiff, that the Court Retain Jurisdiction to Determine Attorney's Fees and Costs, and Set Briefing Schedule (the "Order and Recommendation") of the Honorable John J. O'Sullivan, Chief U.S. Magistrate Judge (ECF No. 12), issued August 20, 2021. The Court notes that none of the Parties in this matter filed objections to Judge O'Sullivan's Order and Recommendation.

I have reviewed the Order and Recommendation as well as the record in this case. Having done so, I find Judge O'Sullivan's Order and Recommendation to be clear, cogent, and compelling. Accordingly, I **AFFIRM and ADOPT** Judge O'Sullivan's Order and Recommendation. As such, it is further **ORDERED and ADJUDGED** as follows:

1. **JUDGMENT** is hereby entered in favor of Plaintiff Maceo Phiffer.

2. The Court retains jurisdiction to determine reasonable attorney's fees and costs and this matter is **REFERRED** to Judge O'Sullivan for a report and recommendation as to what constitutes reasonable attorney's fees and costs.

3. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in Chambers at Miami, Florida this 12th day of October 2021.

_Marcia G. Cooke_

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of record*