UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-22391-COOKE

MACEO PHIFFER,

    Plaintiff,

vs.

GREENSTAR LANDSCAPING, CO. and PETER E. MASI,

    Defendants.
_____/

## **NOTICE OF FILING EXHIBITS**

    Plaintiff, Maceo Phiffer, notices the Court and all parties of filing Exhibits "B" and "C" to Plaintiff's Motion for an Award of Attorneys' Fees and Costs and Motion to Compel Fact Information Sheets, which was filed on October 26, 2021 as ECF No. 18. Exhibits "B" and "C" are the fact information sheets that Plaintiff moves this Court to have the Defendants complete.

    Dated this 27th day of October 2021.

                                                  s/Toussaint M. Cummings, Esq.
                                                Toussaint M. Cummings, Esq. (119877)
                                                toussaint@fairlawattorney.com
                                                FAIRLAW FIRM
                                                135 San Lorenzo Avenue
                                                Suite 770
                                                Coral Gables, FL 33146
                                                Tel:    305.230.4884
                                                *Counsel for Plaintiff(s)*