UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-22391-CIV-COOKE/O'SULLIVAN

MACEO PHIFFER

    Plaintiff,

vs.

GREENSTAR LANDSCAPING, CO.
and PETER E. MASI,

    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Plaintiff's Motion for an Award of Attorney's Fees and Costs and Plaintiff's Motion to Compel Fact Information Sheets (DE # 18, 10/26/21). Having reviewed the applicable filings and law, it is

**ORDERED AND ADJUDGED** that the plaintiff file their Motion to Compel Fact Information Sheets separately from their Motion for an Award of Attorney's Fees and Costs.

DONE AND ORDERED in Chambers at Miami, Florida this 28th day of October, 2021.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE