UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-22391-CIV-COOKE/O'SULLIVAN

MACEO PHIFFER,

    Plaintiff,

vs.

GREENSTAR LANDSCAPING, CO.
and PETER E. MASI,

    Defendants.
_____/

**ORDER**

THIS MATTER is before the Court on the Plaintiff's Motion to Compel Fact Information Sheet (DE # 22, 10/29/21).  Rule 7.1c, Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the defendants, and responses having been due, it is

ORDERED AND ADJUDGED that the Plaintiff's Motion to Compel Fact Information Sheet (DE # 22, 10/29/21) is GRANTED.  On or before December 7, 2021, GREENSTAR LANDSCAPING, CO. and PETER E. MASI shall both provide Fact Information Sheets to the plaintiff.

DONE AND ORDERED in Chambers at Miami, Florida this 23rd day of November, 2021.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE