UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-22391-CIV-COOKE/O'SULLIVAN

MACEO PHIFFER,

Plaintiff,

vs.

GREENSTAR LANDSCAPING, CO.
and PETER E. MASI,

Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS MATTER** is before the Court upon Chief Magistrate Judge John J. O'Sullivan's Report and Recommendation (the "Report") on Plaintiff's Motion for an Award of Attorneys' Fees and Costs (the "Motion") (ECF No. 21). Judge O'Sullivan issued his Report on December 15, 2021. ECF No. 33.

In his Report, Judge O'Sullivan recommends that the Motion be granted in part and denied in part and that the Plaintiff be awarded attorneys' fees in the amount of $4,704.50 and costs in the amount of $492.00 for a total fees and costs award of $5,196.50. The Parties were permitted to file objections to Judge O'Sullivan's Report within fourteen days from the date of being served with a copy of the Report. No such objections were filed. Furthermore, the Undersigned finds Judge O'Sullivan's Report to be clear, cogent, and compelling. Accordingly, it is hereby **ORDERED and ADJUDGED as follows:**

1.  Judge O'Sullivan's Report and Recommendation (ECF No. 33) is **AFFIRMED and ADOPTED** as the Order of this Court.

2.  Plaintiff's Motion for an Award of Attorneys' Fees and Costs (ECF 21) is **GRANTED IN PART AND DENIED IN PART**. Plaintiff is therefore awarded attorneys' fees in the amount of $4,704.50 and costs in the amount of $492.00 for a total fees and costs award of $5,196.50.

**DONE and ORDERED** in Chambers at Miami, Florida this 4th day of January 2022.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Judge Melissa Damian, U.S. Magistrate Judge*
*Counsel of record*